

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| GARRY WADE CROSSLEY, | § | No. 08-23-00104-CV |
| Appellant, | § | Appeal from the |
| v. | § | 150th Judicial District Court |
| KAREN KAY CROSSLEY, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2021-CI-04601) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We sustain Gary's first issue in part, as described in our opinion. We sustain Gary's third issue in part by reversing the attorneys fees as awarded in the judgment below, but remand for what might be equitable and just considering our ruling. We remand the case for further proceedings not inconsistent with this opinion.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.